USDC SCAN INDEX SHEET










JPP 8/22/06 15:38
3:06-CV-01682 MARKETING INFO V. BOARD OF TRUSTEES
*2*
*SM.*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 AUG 22 AM 10: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Marketing Information Masters, Inc.,
a California corporation,
    Plaintiff
vs

The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual,
    Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 06CV1682 JAH (JMA)

TO: (Name and Address of Defendant)

 

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory P. Goonan
The Affinity Law Group APC
600 West Broadway, Suite 400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
VANESSA PEREZ

By _____, Deputy Clerk

AUG 2 2 2006
DATE

Summons in a Civil Action

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Page 1 of 2
COPY