| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Gregory P. Goonan (Cal. Bar #119821)<br>**The Affinity Law Group APC**<br>600 West Broadway, Suite 400<br>San Diego, CA 92101<br>Tel: 619-702-4335<br>Fax: 619-243-0088<br><br>Attorneys for Plaintiff<br>Marketing Information Masters, Inc. |

FILED

06 SEP 12 AM 10: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV   DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marketing Information Masters, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual,<br><br>　　　　Defendants. | Case No. 06 CV 1682 JAH (JMA)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ROBERT A. RAUCH** |

---

*PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ROBERT A. RAUCH*
- 1 -

| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Affinity Law Group<br>600 West Broadway  Ste. 400<br>San Diego  CA  92101<br>Attorney For: Plaintiff | 619-702-4335<br>Reference Number:<br>77661    19475 | |

| United States District Court |
|---|
| Southern District of California |

| Plaintiff/Petitioner: | Marketing Information Masters, Inc. |
|---|---|
| Defendant/Respondent: | The Board of Trustees, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>06CV1682 JAH (JMA) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons; Complaint; Civil Case Cover Sheet

3a. Party Served    : Robert A. Rauch

3b. Person Served  : Robert A. Rauch, Title:
    Description    :

4. Address         : 11025 Vista Sorrento Parkway
                     San Diego, CA 92130

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 8/28/2006 at 11:10am.

7. Person Serving (name, address, and telephone No.):

   **Central Attorney Service, Inc.**
   1241 State Street
   San Diego, CA 92101
   (619)233-3344  Fax (619)233-3350

Fee for service: $   $51.00

Andrea Quinones

Registered California process server:

(i) employee

(ii) Registration No.: 1132

(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/30/2006

(Signature)

Judicial Council form POS-010      **Proof of Service**      Code Civil Procedure 417.10(f)