Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
Marketing Information Masters, Inc.

FILED
06 SEP 12 AM 10:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marketing Information Masters, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual,<br><br>Defendants. | Case No. 06 CV 1682 JAH (JMA)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM** |

*PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM*
- 1 -

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8-25-06, 3:30 p.m. |
| NAME OF SERVER<br>Wesley Gipson | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: 401 Golden Shore, 4th Floor, Long Beach, CA 90802

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were _____

[ ] Return unexecuted: _____

[xx] Other (specify): Served The Board of Trustees of The CaliforniaState University System, by leaving with Susan Westover, authorized to receive service of process

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES $39.50 | TOTAL | $39.50 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Fees is true and correct.

Executed on: August 28, 2006
Date

Signature of Server

Now Legal Service
1301 West 2nd Street, #206
Los Angeles, CA 90026
Address of Server (213) 482-1567
Reg. L.A. Cty. #3759

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OF ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE UNLESS THE PARTIES AT THE TIME OF THEIR CONSENT TO TRIAL BEFORE A MAGISTRATE AGREE UPON REVIEW BY THE UNITED STATES DISTRICT COURT.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure            summons.frp