**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN PINK, SB# 179685
650 Town Center Drive
Suite 1400
Costa Mesa, California 92626
Telephone: (714) 545-9200
Facsimile: (714) 850-1030
Email: pink@lbbslaw.com

Attorneys for Defendant The Board of Trustees
of the California State University

FILED
2006 SEP 14 PM 3: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BY FAX

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATION CAPACITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, A PUBLIC ENTITY ACTING THROUGH ITS SUBDIVISION SAN DIEGO STATE UNIVERSITY); and ROBERT A. RAUCH, an individual,<br><br>Defendants. | CASE NO. 06CV1682 JAH/JMA<br><br>**NOTICE OF MOTION TO DISMISS BROUGHT BY THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**<br><br>[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JONATHAN S. PINK]<br><br>ACTION FILED: August 18, 2006<br><br>Hearing Date: November 16, 2006<br>Time: 3:00 P.M.<br>Dept: 11 |

TO PLAINTIFF MARKETING INFORMATION MASTERS, INC. ("MIM"), AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2006 at 3:00 P.M. or as soon thereafter as counsel may be heard in the courtroom of the Hon. John A. Houston, of the United States District Court for the Southern District of California located at 880

4818-0704-9473.1 -1-
**NOTICE OF MOTION TO DISMISS BROUGHT BY THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY PURSUANT TO FRCP 12(B)(1) AND 12(B)(6)**



Front Street, San Diego, California, Courtroom 11, defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the "Trustees") will move the Court for an order dismissing the entire complaint for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure Rule 12(b). Additionally, the Trustees will move for dismissal of MIM's complaint because such claims are precluded by the Eleventh Amendment of the United States Constitution, and thus must be dismissed pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). Finally, the Trustees will move for dismissal of MIM's state law claims because such claims are preempted by the Copyright Act, and as such must be dismissed pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

This motion is based on this notice, the concurrently served memorandum of points and authorities, the Declaration of Jonathan Pink attached thereto, the records on file in this action. The motion is made following a telephone conference of counsel which took place on September 1, 2006, and a subsequent letter to counsel regarding the same dated September 11, 2006.

DATED: September 14, 2006     Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Jonathan Pink
Member of Lewis Brisbois Bisgaard & Smith LLP
Attorneys for Defendant Board of Trustees of the California State University

-2-

NOTICE OF MOTION TO DISMISS BROUGHT BY THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY PURSUANT TO FRCP 12(B)(1) AND 12(B)(6)

# CERTIFICATE OF SERVICE

Trustees adv. Marketing Information Masters, Inc.

USDC Southern, Case #06CV 1682 JAH/JMA (Our 24363.xx)

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the Untied States mail, postage prepaid, and sent to their last known address as follows:

| | |
|---|---|
| Gregory P. Goonan, Esq.<br>The Affinity Law Group APC<br>600 West Broadway, Suite 400<br>San Diego, CA 92101 | Attorney for Plaintiff MARKETING INFORMATION MASTERS, INC.<br><br>Phone: 619.702.4335<br>Fax: 619.243-0088 |

Executed on September 14, 2006, at Costa Mesa, California.

_____
CAROLYN J. REYES

4818-0704-9473.1

NOTICE OF MOTION TO DISMISS BROUGHT BY THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY PURSUANT TO FRCP 12(B)(1) AND 12(B)(6)