Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
Marketing Information Masters, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marketing Information Masters, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual,<br><br>Defendants. | Case No. 06 CV 1682 JAH (JMA)<br><br>**EXHIBIT A IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS BY DEFENDANT BOARD OF TRUSTEES AND JOINDER IN MOTION TO DISMISS BY DEFENDANT RAUCH**<br><br>Date: November 16, 2006<br>Time: 3:00 p.m.<br>Court: 11 (Hon. John A. Houston) |

Marketing Info v. Board of Trustees, et al          Doc. 7 Att. 1

Dockets.Justia.com

## Certificate of Service

The undersigned hereby certifies that on this 2nd day of November 2006, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

>Jonathan S. Pink, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>650 Town Center Drive, Suite 1400
>Costa Mesa, CA 92626
>Attorneys for Defendants

                                                                                                              _/s/ Gregory P. Goonan_

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-413-349

Effective Date of Registration: 8 / 10 / 06

Application Received: 8-10-06

Deposit Received: One ~~8-10-06~~ Two 8-10-06

Examined By: [signature]

Correspondence: ☐

Fee Received:

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**Title of This Work:** "Estimated Economic Impact On San Diego Due To The 2003 Pacific Life Holiday Bowl"

**Alternative title or title of larger work in which this work was published:**

**Name and Address of Author and Owner of the Copyright:**
Marketing Information Masters, Inc.
1651 E. Main Street
El Cajon, CA 92021

**Nationality or domicile; Phone, fax, and email:**
Phone (619) 441-1363   Fax (619) 441-2682
Email: imasters@pacbell.net

**Year of Creation:** 2004

**If work has been published, Date and Nation of Publication:**
a. Date: February 04 2004 (Month, day, and year all required)
b. Nation: United States

**Type of Authorship in This Work:**
Check all that this author created.
☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☐ Illustrations
☐ Photographs
☑ Compilation of terms or data

**Signature:**
Registration cannot be completed without a signature.
*I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one
☐ Author  ☑ Authorized agent
X [signature]

**Name and Address of Person to Contact for Rights and Permissions:**
☐ Check here if same as #2 above.
Gregory P. Goonan, The Affinity Law Group APC, 600 West Broadway, Suite 400, San Diego, CA 92101
Phone (619) 702-4335   Fax (619) 243-0088
Email: ggoonan@affinity-law.com

**Certificate will be mailed in window envelope to this address:**
Name: Gregory P. Goonan
Number/Street/Apt: 600 West Broadway, Suite 400
City/State/Zip: San Diego, CA 92101

Deposit Account #
Name:

17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.