# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-413-349**

Effective Date of Registration
8 / 10 / 06

Application Received
8-10-06

Deposit Received
One ~~8-10-06~~   Two 8-10-06

Examined By: *LM*
Correspondence ☐
Fee Received

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | |
|---|---|
| **Title of This Work:** | "Estimated Economic Impact On San Diego Due To The 2003 Pacific Life Holiday Bowl" |
| Alternative title or title of larger work in which this work was published: | |
| **Name and Address of Author and Owner of the Copyright:** | Marketing Information Masters, Inc.<br>1651 E. Main Street<br>El Cajon, CA 92021 |
| Nationality or domicile; Phone, fax, and email: | Phone (619) 441-1363   Fax (619) 441-2682<br>Email imasters@pacbell.net |
| **Year of Creation:** | 2004 |
| **If work has been published, Date and Nation of Publication:** | a. Date  February  04  2004  (Month, day, and year all required)<br>b. Nation  United States |
| **Type of Authorship in This Work:**<br>Check all that this author created. | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☐ Photographs<br>☑ Compilation of terms or data |
| **Signature:**<br>Registration cannot be completed without a signature. | I certify that the statements made by me in this application are correct to the best of my knowledge. Check one:<br>☐ Author  ☑ Authorized agent<br>X *[signature]* |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | ☐ Check here if same as #2 above.<br>Gregory P. Goonan, The Affinity Law Group APC, 600 West Broadway, Suite 400, San Diego, CA 92101<br>Phone (619) 702-4335   Fax (619) 243-0088<br>Email ggoonan@affinity-law.com |

Deposit Account #_____  Name _____

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE   Page 1 of ___ pages

**Certificate will be mailed in window envelope to this address:**

Name ▼
Gregory P. Goonan

Number/Street/Apt ▼
600 West Broadway, Suite 400

City/State/Zip ▼
San Diego, CA 92101

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Marketing Info v. Board of Trustees, et al   Doc. 8 Att. 1
Dockets.Justia.com