# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation, | Civil No. 06cv1682 JAH (JMA) |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |
| v. | |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, et. al., | |
| Defendants. | |

Pending before the Court is Defendants'[1] motion to dismiss [Doc. No. 5]. Plaintiff filed a response on November 2, 2006 and an amended complaint on November 8, 2006. In a reply filed November 8, 2006, Defendants note Plaintiff filed an amended complaint and maintain the motion remains applicable to the amended complaint. Citing to a practice guide, Defendants contend a court may proceed with a motion to dismiss a complaint although the complaint is superseded by an amended complaint, if the amendment does not cure the defect that exists in the original.

This Court, however, finds the amended complaint supersedes the original complaint. As such, the motion to dismiss the original complaint is moot, despite Defendants' argument to the contrary. Additionally, the Court notes the amended complaint possibly cures the lack

---

[1] On September 20, 2006, Defendant Robert A Rauch filed a joinder in Defendant Board of Trustees of the California State University motion to dismiss.

06cv1682

of subject matter jurisdiction issue raised in the motion, as Defendants fail to address the issue in their reply.

Accordingly, IT IS HEREBY ORDERED Defendants' motion to dismiss the complaint is **DENIED AS MOOT.** The motion set for November 16, 2006 is **VACATED.**

DATED: November 8, 2006

HON. JOHN A. HOUSTON
United States District Judge