**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN PINK, SB# 179685
650 Town Center Drive
Suite 1400
Costa Mesa, California 92626
Telephone: (714) 545-9200
Facsimile: (714) 850-1030
Email: pink@lbbslaw.com

Attorneys for Defendants, The Board of Trustees of the California State University System and Robert A. Rauch

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATION CAPACITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, A PUBLIC ENTITY ACTING THROUGH ITS SUBDIVISION SAN DIEGO STATE UNIVERSITY); and ROBERT A. RAUCH, an individual,<br><br>Defendants. | CASE NO. 06CV 1682 JAH JMA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Robert Rauch and Declaration of Kathy LaMaster]<br><br>ACTION FILED: August 18, 2006<br><br>Hearing Date: January 18, 2007<br>Time: 3:00 p.m.<br>Dept: 11 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 18, 2007, at 3:00 p.m. in Courtroom 11 of the above-entitled Court, located at Southern 940 Front Street, San Diego, CA 92101-8900, defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and ROBERT A. RAUCH ("Defendants") will move to

dismiss the First Amended Complaint of plaintiff MARKETING INFORMATION MASTERS INC. ("MIM") pursuant to Fed. R. Civ. P. on the ground that same is barred in its entirety by the Eleventh Amendment of the United States Constitution. In addition, the supplemental state law claims should be dismissed under Fed. R. Civ. P. 12(b)(6) as they are preempted by Federal Copyright Law.

This Motion is will be based on this Notice, the Memorandum of Points and Authorities in support thereof, the files and records in this action, and such argument as may be heard.

DATED: November 20, 2006      Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By_____
Jonathan Pink
Members of Lewis Brisbois Bisgaard & Smith LLP
Attorneys for Defendants, The Board of Trustees of the California State University System and Robert A. Rauch

4830-6934-9377.1                    -2-
MOTION TO DISMISS FIRST AMENDED COMPLAINT