**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN PINK, SB# 179685
650 Town Center Drive
Suite 1400
Costa Mesa, California 92626
Telephone: (714) 545-9200
Facsimile: (714) 850-1030
Email: pink@lbbslaw.com

Attorneys for Defendant, The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation, | CASE NO. 06CV 1682 JAH JMA |
| Plaintiff, | **DECLARATION OF ASSOCIATE DEAN KATHY LAMASTER IN SUPPORT OF MOTION TO DISMISS** |
| v. | ACTION FILED: August 18, 2006 |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, a public entity acting through its subdivision SAN DIEGO STATE UNIVERSITY; and ROBERT A RAUCH, an individual, | Hearing Date: January 18, 2007<br>Time: 3:00 p.m.<br>Dept: 11<br>Hon. John A. Houston |
| Defendants. | |

4837-5413-4785.1

DECLARATION OF ASSOCIATE DEAN KATHY LAMASTER

# DECLARATION OF KATHY LAMASTER

I, Kathy LaMaster, declare as follows:

1. I am the Associate Dean of the College of Professional Studies and Fine Arts (the "College") at San Diego State University ("SDSU"). I am not a party to this action, but have personal knowledge of the facts set forth herein. If called upon as a witness to testify thereto, I could competently and truthfully do so.

1. The Center for Hospitality and Tourism Management (the "Center") is a part of the College, and thus subject to my general oversight and supervision as Associate Dean of the College. Based on this, I know that Robert Rauch was the Center's Director at all times relevant to this lawsuit. I also know that, as the Center's Director in 2004 and 2005, Mr. Rauch had responsibility for the creation of the "Estimated Economic Impact on San Diego Due to the 2004 Holiday Bowl" (the "Survey").

3. The Survey was created at the Center, by employees of the Center. To the extent Mr. Rauch worked on the Survey, he did so as an employee of SDSU. Mr. Rauch had no individual involvement in the Survey's creation that was outside the scope of his employment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on November 8, at San Diego, California.

*/s/ Kathy LaMaster*
Kathy LaMaster

4837-5413-4785.1

DECLARATION OF ASSOCIATE DEAN KATHY LAMASTER GATTAS