USDC SCAN INDEX SHEET










VLS     8/5/02     15:12
3:02-CR-01457    USA V. RAMIREZ
*15*
*CRAFDT.*

| | |
|---|---|
| 1 | DAVID ROBERT STEINMAN (Bar No. 194070) |
| | **GRAY CARY WARE & FREIDENRICH LLP** |
| 2 | 4365 Executive Drive, Suite 1100 |
| | San Diego, CA 92121-2133 |
| 3 | Tel: 858-638-6955 |
| | Fax: 858-677-1477 |
| 4 | |
| | Attorneys for Defendant |
| 5 | SALVADOR JOSE RAMIREZ |

FILED
02 AUG -2 PM 3:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

HON. JEFFREY T. MILLER

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 02CR1457-JM |
| Plaintiff, | **AFFIDAVIT OF DAVID R. STEINMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL** |
| v. | |
| SALVADOR JOSE RAMIREZ, | Hon. JEFFREY T. MILLER |
| Defendant. | Date: August 16, 2002 |
| | Time: 11:00 a.m. |

I, David R. Steinman, being duly sworn, state:

1. I am the counsel of record for defendant Salvador Jose Ramirez in the above styled action.

2. I recently received an offer of employment from the United States Attorney's Office for the District of Colorado.

3. This potential change of employment creates an actual conflict of interest for my continuing representation of Mr. Ramirez.

4. According to the California Rules of Professional Conduct, Rule 3-310(C), a member "shall not, without the informed consent of each client: (2) Accept or continue representation of

-1-

more than one client in a matter in which the interest of the clients actually conflict."

5. Further, Rule 3-310(C)(3) provides that a member may not "represent a client in a matter and at the same time in a separate matter accept as a client a person or entity whose interest in the first matter is adverse to the client in the first matter."

6. The Department of Justice, through its various United States Attorney's Offices, is the adverse party to Mr. Ramirez.

7. The above mentioned job opportunity with the United States Attorney's Office creates a direct conflict with Mr. Ramirez's interests.

8. Rule 3-310 does not permit an attorney to continue representing "more than one client in a matter in which the interest of the clients actually conflict."

9. I spoke with Mr. Ramirez on August 1, 2002, and explained that a conflict of interest now exists with my continuing representation of his case.

10. I also explained that I would be seeking to withdraw as counsel of record.

11. Mr. Ramirez stated that he understood the conflict and wanted me to stay on as counsel of record despite the conflict.

12. I am willing to remain as counsel of record for Mr. Ramirez at the discretion of this Court.

/////
/////
/////
/////

-2-

SD\1519879.1
2501266-1

02CR0825-JM (1)

GRAY CARY WARE
& FREIDENRICH LLP

13. I declare that this motion to withdraw as counsel of record and request that the Court appoint new counsel has been prepared in good faith and will not adversely affect the interests of Mr. Ramirez nor will Mr. Ramirez be prejudiced by the appointment of new counsel at this stage of the proceedings.

Dated: August 2, 2002.

> Respectfully submitted,
>
> GRAY CARY WARE & FREIDENRICH LLP
>
> By /s/ David Robert Steinman
> DAVID ROBERT STEINMAN
> Attorney for Defendant
> SALVADOR JOSE RAMIREZ

GRAY CARY WARE & FREIDENRICH LLP
SD\1519879.1
2501266-1