USDC SCAN INDEX SHEET










JOEH    8/19/02    16:09
3:02-CR-01457    USA V. RAMIREZ
*17*
*CRMO.*

Minutes of the United States District Court
Southern District of California
AUGUST 16, 2002

HON. JEFFREY T. MILLER        DEPUTY CLERK: L. LAWRENCE        REPORTER: I. VAN BRAMER

---

02CR1457-JM    USA    vs    SALVADOR JOSE RAMIREZ (1)(B)  **N/A**

STATUS HRG RE: COUNSEL        DAVID STEINMAN, APPTD (1)

INFO 1 CT                     AUSA: MATT OMSTED
18 USC 545
=====================================================================
STATUS HEARING RE: COUNSEL HELD
DEFT NOT PRESENT
STATUS HEARING CONT'D TO 8-30-02 AT 9:00AM
DEFTS ORAL MTN TO CONTINUE PO REPORT AND SENT DATE - GRANTED
SENT HRG CONT'D FROM 9-9-02 TO 10-28-02 AT 9:00 AM