JONATHAN PINK, SB# 179685
    E-Mail: pink@lbbslaw.com
ROBERT M. COLLINS, SB# 254915
    E-Mail: rcollins@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and ROBERT A. RAUCH, an individual.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, a public entity acting through its subdivision SAN DIEGO STATE UNIVERSITY); and ROBERT A RAUCH, an individual,,<br><br>Defendants. | CASE NO. 06CV 1682 JAH JMA<br><br>**DEFENDANTS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>ACTION FILED: 08/18/06<br><br>Hearing Date: 05/05/08<br>Time: 2:30 p.m.<br>Dept.: 11 |

Defendants, THE BOARD OF CALIFORNIA TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the "Trustees") and ROBERT A. RAUCH ("Rauch") acting within his official capacity (collectively, "Defendants") hereby file this Reply in Support of its Motion to Dismiss plaintiff MARKETING INFORMATION MASTERS, INC.'s ("Plaintiff") Second Amended Complaint (SAC).

## I. INTRODUCTION

On March 13, 2008, Defendants filed its Motion to Dismiss Plaintiff's SAC (the "Motion"). Any Opposition to that Motion was due to be filed by Plaintiff on or before April 21, 2008. Despite this deadline, Plaintiff failed to file any such Opposition. Likewise, Plaintiff has not sought leave of Court to file a belated Opposition, nor has it filed any written statement requesting any particular ruling from this Court with regards to the Motion. Pursuant to the Local Rules of this District, Plaintiff's failure to file an Opposition may be deemed an implicit consent to the granting of Defendants' Motion. Accordingly, Defendants respectfully submit that this Court should grant Defendants' Motion to Dismiss in its entirety.

## II. LEGAL ARGUMENT

Local Rule 7.1(e)(2) provides in relevant part that "[e]ach party opposing a motion, application or order to show cause shall file that opposition or statement of non-opposition with the clerk and serve the movant or movant's attorney not later than 14 days prior to the notice hearing. (For example, for a motion to be heard on a Monday, the opposition papers must be filed and served no later than two Mondays prior to the noticed hearing.)" Local Rule 7.1(f)(3)(c) provides: "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."

Here, Plaintiff's Opposition was due to be filed on or before April 21, 2008. Despite that statutory deadline, Plaintiff failed to oppose the Motion in any respect. As such, pursuant to the Local Rule 7.1, Defendants respectfully submit that this Court Grant Defendants' Motion dismiss in its entirety.

/ / /

/ / /

## III. CONCLUSION

Based on the foregoing, Defendants respectfully request that this Court Grant their Motion to Dismiss in its entirety.

DATED: April 28, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Jonathan Pink
Attorneys for Defendants, THE BORAD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY(erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA UNIVERSITY SYSTEM, a public entity acting through its subdivision SAN DIEGO STATE UNIVERSITY); and ROBERT A RAUCH.

4822-3659-7250.1

-3-