Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
Marketing Information Masters, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marketing Information Masters, Inc., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>The Board of Trustees of the California State University System, a public entity acting through its subdivision San Diego State University; and Robert A. Rauch, an individual,<br><br>    Defendants. | Case No. 06 CV 1682 JAH (JMA)<br><br>**PLAINTIFF'S EX PARTE APPLICATION (1) TO CONTINUE HEARINGS ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT RULE 11 MOTION; AND (2) FOR EXTENSION OF TIME TO FILE OPPOSITON TO MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 11 MOTION**<br><br>Current Hearing Date:<br><br>Date: May 5, 2008<br>Time: 2:30 p.m.<br>Court: 11 (Hon. John A. Houston) |

## EX PARTE APPLICATION

Plaintiff Marketing Information Masters, Inc. ("Plaintiff") submits this ex parte application ("Application") to request a continuance of the hearing (the "Hearing") on Defendants' motion to dismiss Plaintiff's second amended complaint and Defendants' Rule 11 motion. Such motions currently are scheduled for hearing at 2:30 p.m. before the Honorable John A. Houston. By this

*PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 11 MOTION AND FOR EXTENSION*

- 1 -

Application, Plaintiff respectfully asks the Court to continue such hearings for two weeks, to May 19, 2008 or the next available date thereafter, and to extend Plaintiff's time to submit his opposition to Defendants' pending motions.

This request for a continuance has been made necessary because Plaintiff's counsel has not yet been able to complete Plaintiff's opposition papers because of computer crash in his office and out-of-state travel for an appellate argument in the Sixth Circuit in Cincinnati. Because this case is not proceeding on an expedited basis, there will not be any prejudice to Defendants from the short extension sought by this Application.[1] This is especially true if the Court follows its usual practice and takes the pending motions under submission without oral argument.

However, there will be substantial prejudice to Plaintiff is the extension sought by this Application is not granted, especially given the seriousness of the relief sought by Defendants' Rule 11 motion. Accordingly, Plaintiff respectfully asks the Court to grant the short two-week extension sought by this Application.

Plaintiff ordinarily would have filed this Application during the week of April 21, 2008, as soon as Plaintiff's counsel discovered the problems that have led to the need for this Application. However, Plaintiff's counsel wanted to have a better idea of how long it was going to take to re-create and re-draft Plaintiff's opposition papers before submitting this Application, so that Plaintiff could request a realistic continuance and extension.

The factual basis for this Application is summarized below and set forth in the accompanying Declaration of Gregory P. Goonan.

## DISCUSSION

The two motions presently before the Court are a motion to dismiss Plaintiff's second amended complaint and a companion Rule 11 motion filed by Defendants. Such motions presently are set for hearing on May 5, 2008 at 2:30 p.m.

As explained in the accompanying Declaration of Gregory P. Goonan, Plaintiff's counsel

---

[1] Indeed, this case was filed in August 2006, and the pleadings still are not closed more than 20 months later.

had made substantial progress on Plaintiff's opposition papers and was preparing to file such papers by the April 21, 2008 due date for such papers. However, late in the day on April 16, 2008, the computer on which Plaintiff's opposition papers and legal research were stored suffered a massive hard drive failure. Plaintiff's counsel immediately took steps to try to rectify the problem and recover the computer data, including Plaintiff's opposition papers and legal research. However, by mid-day on April 21, 2008, Plaintiff's counsel concluded that the opposition papers would not be recovered, so that Plaintiff's counsel essentially would have to recreate and draft the opposition papers again from the start.

Under ordinary circumstances, Plaintiff's counsel immediately would have re-drafted the opposition papers and filed them later in the week of April 21, 2008. But on April 21, 2008, Plaintiff's counsel had to fly to Cincinnati, Ohio to prepare for and participate in an appellate argument before the Sixth Circuit Court of Appeals on April 23, 2008.

Plaintiff's counsel did not get back to his office from such trip until the afternoon of April 24, 2008. He immediately resumed work on re-drafting Plaintiff's opposition papers. But Plaintiff's counsel also is about to commence a two-week jury trial starting on May 20, 2008, and the trial readiness conference (the equivalent of the federal pretrial conference) in such case was scheduled on April 25, 2008. Consequently, Plaintiff's counsel had to spend substantially all of his time on April 24, 2008 preparing for such trial readiness conference.

Plaintiff's counsel has made substantial progress in re-creating Plaintiff's opposition papers and expects to have Plaintiff's papers finalized and ready to file in the next day or two. However, to be on the safe side, by this Application Plaintiff asks for a two-week continuance (to May 19, 2008) of the hearing on Defendants' pending motions, and an extension to May 5, 2008 of the due date for Plaintiff's opposition papers.

For the reasons discussed herein, Plaintiff respectfully submits that there is good cause to grant the extension sought by this Application. There will not be any prejudice to Defendants if the extension sought by this Application is granted. The motion to dismiss is a pleading motion, and the pleadings in this case have not yet been closed. There have not been any pretrial or trial dates scheduled in this case. Indeed, this case is not moving at an expedited pace and there is no

exigency that mandates that the pending motions be heard on May 5, 2008.

In sharp contrast, Plaintiff will suffer substantial prejudice if the continuance and extension sought by this Application are not granted. The pending motions – especially the pending Rule 11 motion – raise serious issues that must be carefully addressed. This is especially true with respect to the Rule 11 motion, which wrongfully accuses Plaintiff's counsel of misconduct and asks for monetary sanctions of more than $7,000.00.

Plaintiff should not be penalized and prejudiced in addressing such serious matters because of an unexpected and devastating computer problem. Accordingly, Plaintiff asks that the Court grant the continuance and extension sought by this Application.

## LOCAL RULE 83.3(h)

In accordance with Local Rule 83.3(h), the undersigned attorney hereby certifies and declares under the penalty of perjury that this Application was filed with the Court by the Court's ECF/CM system, and served on Defendants' counsel by operation of the ECF/CM system. The undersigned attorney further certifies and declares under penalty of perjury that a copy of this Application also was served on Defendants' counsel by facsimile transmission.

DATED: April 28, 2008          THE AFFINITY LAW GROUP APC

By:    */s/ Gregory P. Goonan*
      Gregory P. Goonan
      Attorneys for Plaintiff
      Marketing Information Masters, Inc.
      E-Mail: ggoonan@affinity-law.com

*PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 11 MOTION AND FOR EXTENSION*

- 4 -

# DECLARATION OF GREGORY P. GOONAN

1. I am an attorney duly licensed to practice law in the State of California and before this Court, and am a shareholder in The Affinity Law Group APC, attorneys of record for Plaintiff. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2. The two motions presently before the Court are a motion to dismiss Plaintiff's second amended complaint and a companion Rule 11 motion filed by Defendants. Such motions presently are set for hearing on May 5, 2008 at 2:30 p.m.

3. I had made substantial progress on Plaintiff's opposition papers and was preparing to file such papers by the April 21, 2008 due date for such papers. However, late in the day on April 16, 2008, the computer on which Plaintiff's opposition papers and legal research were stored suffered a massive hard drive failure.

4. I immediately took steps to try to rectify the problem and recover the computer data, including Plaintiff's opposition papers and legal research. However, by mid-day on April 21, 2008, I concluded that the opposition papers would not be recovered. That meant that I was going to have to recreate and draft the opposition papers again from scratch.

5. Under ordinary circumstances, I immediately would have re-drafted the opposition papers and filed them later in the week of April 21, 2008. But on April 21, 2008, I had to fly to Cincinnati, Ohio to prepare for and participate in an appellate argument before the Sixth Circuit Court of Appeals on April 23, 2008. Consequently, I could not work on Plaintiff's opposition papers during such period.

6. I did not get back to his office from such trip until the afternoon of April 24, 2008. I immediately resumed work on re-drafting Plaintiff's opposition papers. But I also am about to commence a two-week jury trial starting on May 20, 2008, and the trial readiness conference (the equivalent of the federal pretrial conference) in such case was scheduled on April 25, 2008. Consequently, I had to spend substantially all of my time on April 24, 2008 preparing for such trial readiness conference.

*PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 11 MOTION AND FOR EXTENSION*

- 5 -

7. I have made substantial progress in re-creating Plaintiff's opposition papers and expect to have Plaintiff's papers finalized and ready to file in the next day or two.  However, to be on the safe side, by this Application Plaintiff asks for a two-week continuance (to May 19, 2008) of the hearing on Defendants' pending motions, and an extension to May 5, 2008 of the due date for Plaintiff's opposition papers.

8. I ordinarily would have filed this Application during the week of April 21, 2008, as soon as I discovered the problems that have led to the need for this Application.  However, I wanted to have a better idea of how long it was going to take to re-create and re-draft Plaintiff's opposition papers before submitting this Application, so that I could request a realistic continuance and extension.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 28, 2008 at San Diego, California.

*/s/ Gregory P. Goonan*

## Certificate of Service

The undersigned hereby certifies that on this 28th day of April 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

>Jonathan S. Pink, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>650 Town Center Drive, Suite 1400
>Costa Mesa, CA  92626
>Attorneys for Defendants

  /s/ Gregory P. Goonan

*PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 11 MOTION AND FOR EXTENSION*

- 7 -