# CERTIFICATE OF SERVICE
CSU adv. Marketing Information Masters, Inc.
USDC Southern, Case #06CV 1682 JAH/JMA (Our 24363.53)

I hereby certify that a copy of the foregoing Reply in Support of Defendants' Motion for Rule 11 Sanctions was this date served upon all counsel of record via the courts ECF System:

| | |
|---|---|
| Gregory P. Goonan, Esq.<br>The Affinity Law Group APC<br>600 West Broadway, Suite 400<br>San Diego, CA 92101 | Attorney for Plaintiff MARKETING INFORMATION MASTERS, INC.<br><br>Phone:   619.702.4335<br>Fax:      619.243-0088<br>Email:  ggoonan@affinity-law.com |

Executed on May 16, 2008, at Costa Mesa, California.

s: Carolyn J. Reyes
CAROLYN J. REYES

4824-6824-1921.2

CASE NO. 06CV1682 JAH/JMA