UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>　　　　　　　Plaintifff,<br>v.<br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, et. al.,<br><br>　　　　　　　Defendants. | Civil No. 06cv1682 JAH (JMA)<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendants' motion to dismiss and motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure (Doc. Nos. 20, 22) suitable for disposition without oral argument. See CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss and motion for sanctions are taken under submission and the hearing set for June 9, 2008 is **VACATED**. The Court will issue its written ruling on the motion in due course.

DATED: June 3, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　United States District Judge

06cv1682