UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marketing Information Masters, Inc., ) | Case No. 06-CV-1682-JAH (JMA) |
| Plaintiff, ) | **ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |
| v. ) | |
| The Board of Trustees of the California State University System, et al., ) ) | |
| Defendants. ) | |

     An Early Neutral Evaluation Conference was held on February 11, 2009 at 10:00 a.m. The case settled, and the terms of the settlement were placed on the record. The attorneys shall appear for a telephonic Settlement Disposition Conference on **April 13, 2009** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date

///

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

06cv1682

indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: February 11, 2009

_____
Jan M. Adler
U.S. Magistrate Judge