DANIEL C. DECARLO, SB# 160307
   E-Mail: decarlo@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants The Board of Trustees
of the California State University and Robert Rauch

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATION CAPACITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, A PUBLIC ENTITY ACTING THROUGH ITS SUBDIVISION SAN DIEGO STATE UNIVERSITY); and ROBERT A. RAUCH, an individual,<br><br>    Defendants. | CASE NO. 06CV 1682 JAH JMA<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:   August 18, 2006<br>Trial Date:     None |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE BE NOTIFIED that Daniel C. DeCarlo of Lewis Brisbois Bisgaard & Smith LLP ("LBBS") hereby makes this appearance before the United States District Court, Southern District of California, as lead attorney of record for defendants The Board of Trustees of the California State University and Robert Rauch and requests

that Jonathan S. Pink be removed as attorney of record in the above-captioned case. Mr. Pink is no longer affiliated with LBBS.

DATED: March 2, 2009  LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Daniel C. DeCarlo
Attorneys for Defendants The Board of Trustees of the California State University and Robert Rauch

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4839-4308-7107.1

NOTICE OF APPEARANCE