DANIEL C. DECARLO, SB# 160307
   E-Mail: decarlo@lbbslaw.com
DANIEL R. LEWIS, SB# 260106
   E-Mail: sirias@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants The Board of Trustees
of the California State University and Robert Rauch

GREGORY P. GOONAN, SB# 119821
   E-Mail: ggoogan@affinity-law.com
**The Affinity Law Group APC**
600 W Broadway Ste 400
San Diego, CA 92101
Telephone:(619) 702-4335

Attorney for Plaintiff Marketing Information Masters, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATION CAPACITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, A PUBLIC ENTITY ACTING THROUGH ITS | CASE NO. 06CV 1682 JAH JMA<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Action Filed:   August 18, 2006<br>Trial Date:      None |

4816-5706-1123.1                                    -1-
JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

SUBDIVISION SAN DIEGO STATE )
UNIVERSITY); and ROBERT A. )
RAUCH, an individual, )
)
        Defendants. )
)

Plaintiff MARKETING INFORMATION MASTERS, INC. and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and ROBERT RAUCH by and through their attorneys of record, respectfully submit this Joint Motion for Dismissal of Action with Prejudice pursuant to application of Federal Rule of Civil Procedure, Rule 41(a)(1).

This Joint Motion disposes of the entire action and all claims. This request is based on the fact that the case has been settled and per the agreement of the parties, this case is to be dismissed with prejudice. Each side is to bear its own costs and attorneys' fees.

DATED: March 18, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                         By   /s/ Daniel C. DeCarlo
                                                Daniel C. DeCarlo
                                                Attorneys for Defendants

DATED: March 18, 2009

                                         By   /s/ Gregory G. Goonan
                                                Gregory G. Goonan
                                                Attorneys for Plaintiff Marketing
                                                Information Masters, Inc.