UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETING INFORMATION MASTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATION CAPACITY (erroneously sued herein as THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, A PUBLIC ENTITY ACTING THROUGH ITS SUBDIVISION SAN DIEGO STATE UNIVERSITY); and ROBERT A. RAUCH, an individual,<br><br>Defendants. | CASE NO. 06CV 1682 JAH JMA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED UPON JOINT MOTION TO DISMISS**<br><br>Action Filed:  August 18, 2006<br>Trial Date:     None |

Based on the parties Joint Motion for Dismissal with Prejudice and pursuant to

4827-6475-0851.1                                           -1-
ORDER DISMISSING ACTION WITH PREJUDICE

FRCP 41 the Court hereby Orders this case dismissed with prejudice. Each side is to bear its own costs and attorneys' fees.

DATED: March 18, 2009

*[signature]*

JOHN A. HOUSTON
United States District Judge